# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20508
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 2, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BHAVESH PATEL,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CR-385-50

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Bhavesh Patel has moved for leave
to withdraw and has filed a brief in accordance with *Anders v. California*, 386
U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Patel
has not filed a response. We have reviewed counsel's brief and the relevant
portions of the record reflected therein. We concur with counsel's assessment
that the appeal presents no nonfrivolous issue for appellate review.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-20508

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.